IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALAN E. ROBLES | ) |
| | ) |
|     Plaintiff, | )   CIVIL ACTION |
| | )   FILE NO.: |
| vs. | ) |
| | ) |
| QUIKTRIP CORPORATION | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

## NOTICE OF AND PETITION FOR REMOVAL

COMES NOW Petitioner/Defendant QuikTrip Corporation and shows this Court the following:

1.

A civil action was filed by the above-named Plaintiff Alan Robles, in the State Court of Fulton County, State of Georgia, naming as the Defendant QuikTrip Corporation, Civil Action File No. 16EV002390. A true and correct copy of all pleadings and orders served upon Petitioner/Defendant QuikTrip Corporation in said civil action, as well as Petitioner/Defendant QuikTrip Corporation's Answer filed in the State Court of Fulton County are attached hereto as Exhibit "A."

1

2.

Plaintiff is a citizen of Georgia.

3.

Petitioner/Defendant QuikTrip Corporation is a foreign Oklahoma corporation, with its principal place of business located at 4705 S. 129th E. Ave, Tulsa, Oklahoma. Petitioner/Defendant QuikTrip Corporation's "nerve center" is also in Tulsa, Oklahoma. Further, Petitioner/Defendant QuikTrip Corporation's state of incorporation is Oklahoma. Therefore, Petitioner/Defendant QuikTrip Corporation is deemed a citizen of Oklahoma.

4.

The matter in controversy is one in which this Court has jurisdiction pursuant to 28 U.S.C. § 1332 (a)(c), as it involves citizens of different states, and as the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs. Therefore, pursuant to 28 U.S.C. § 1332 and 28 U.S.C. § 1441(a), this matter may be removed to this Court.

5.

In support of the assertion of federal jurisdiction, Petitioner/Defendant QuikTrip Corporation refers to the Complaint, in which Plaintiff alleges he was a victim of an armed robbery and aggravated assault with a deadly weapon,

specifically a handgun, which resulted in him being shot in the neck. As a result of the gunshot, he "suffered severe and permanent injuries." Plaintiff further alleges he "suffered multiple physical and emotional injuries and will continue to suffer physical and emotional injuries in the future, including bodily injury, pain and mental suffering."

6.

In the Complaint, Plaintiff seeks past and future medical expenses and lost wages. He alleges his "earning capacity and capacity to labor has diminished." Plaintiff also seeks punitive damages.

7.

Venue in this Court is proper pursuant to 28 U.S.C. §§ 1391 and 1441.

8.

This petition is filed within 30 days after receipt by Petitioner/Defendant QuikTrip Corporation, through service, of the Complaint setting forth the claim for relief upon which said action is based, and said civil action is sought to be removed to this Court pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, *et. seq.*

WHEREFORE, Petitioner/ Defendant QuikTrip Corporation, prays that this petition be filed, that the entire action referred to herein above be removed to and proceed in the United States District Court for the Northern District of Georgia,

Atlanta Division, that no further proceedings be held in the case originally filed in the State Court of DeKalb County, State of Georgia, and that Petitioner/Defendant QuikTrip Corporation has such other and further relief as this Court deems just and proper in the circumstances.

This 17th day of June, 2016.

                                                    Respectfully submitted,

/s/ Nicole C. Leet
Michael J. Rust
Georgia Bar No. 621257
Nicole C. Leet
Georgia Bar No. 133044
Myada E. Baudry
Georgia Bar No. 806296
Attorneys for Petitioner/Defendant QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7375 (Rust)
(404) 870-7434 (Leet)
(404) 870-7439 (Baudry)
(404) 870-7374 (Fax)
mrust@grsmb.com
nleet@grsmb.com
mbaudry@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALAN E. ROBLES, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>QUIKTRIP CORPORATION )<br>)<br>    Defendant. )<br>_____) | CIVIL ACTION<br>FILE NO.: |

### **LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE**

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

This 17th day of June, 2016.

                                            Respectfully submitted,

                                            /s/ Nicole C. Leet
                                            Michael J. Rust
                                            Georgia Bar No. 621257
                                            Nicole C. Leet
                                            Georgia Bar No. 133044
                                            Myada E. Baudry
                                            Georgia Bar No. 806296
                                            Attorneys for Petitioner/Defendant
                                            QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7375 (Rust)
(404) 870-7434 (Leet)
((404) 870-7439 (Baudry)
(404) 870-7374 (Fax)
mrust@grsmb.com
nleet@grsmb.com
mbaudry@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALAN E. ROBLES ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION |
| ) | FILE NO.: |
| vs. ) | |
| ) | |
| QUIKTRIP CORPORATION ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## CERTIFICATE OF SERVICE

I further hereby certify that I have this day served a copy of the foregoing **NOTICE OF AND PETITION FOR REMOVAL** upon all counsel of record by depositing same in the United States Mail with adequate postage affixed thereon to:

>Parag Y. Shah
>Keith N. Evra
>The Shah Law Firm
>1355 Peachtree Street
>Suite 1800
>Atlanta, GA 30309

This 17th day of June, 2016.

Respectfully submitted,

7

/s/ Nicole C. Leet
Michael J. Rust
Georgia Bar No. 621257
Nicole C. Leet
Georgia Bar No. 133044
Myada E. Baudry
Georgia Bar No. 806296
Attorneys for Petitioner/Defendant
QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
(404) 870-7375 (Rust)
(404) 870-7434 (Leet)
(404) 870-7439 (Baudry)
(404) 870-7374 (Fax)
mrust@grsmb.com
nleet@grsmb.com
mbaudry@grsmb.com