IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALAN E. ROBLES ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> QUIKTRIP CORPORATION ) <br> ) <br> ) <br> ) <br>    Defendant. ) <br> _____ ) | Case No. 1:16-CV-02050-MLB |

### DEFENDANT QUIKTRIP CORPORATION'S NOTICE OF FILING OF AFFIDAVIT OF KARIM VELLANI IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINE/DAUBERT MOTION

COMES NOW QuikTrip Corporation, Defendant in the above-styled civil action and pursuant to Fed. R. Civ. P. 6(c)(2) and Fed. R. Evid. 702, and hereby provides notice of filing with the Court the attached affidavit:

1. Affidavit of Karim Vellani in Opposition to Motion in Limine/Daubert Motion.

This 20th day of April, 2018.

                                          Respectfully submitted,

                                        /s/ Nicole C. Leet
                                        Nicole C. Leet
                                        Georgia Bar No. 133044

Michael J. Rust
Georgia Bar No. 621257
Attorneys for Defendant QuikTrip
Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326
404-870-7375 (Rust)
404-870-7434 (Leet)
404 870-7374 fax
e-mail:    mrust@grsmb.com
           nleet@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALAN E. ROBLES ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-CV-02050-MLB |
| ) | |
| QUIKTRIP CORPORATION ) | |
| ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## LR 7.1(D) CERTIFICATE OF FONT COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C), Northern District of Georgia, specifically Times New Roman 14 point.

                                          /s/ Nicole C. Leet
                                          Nicole C. Leet
                                          Georgia Bar No. 133044
                                          Michael J. Rust
                                          Georgia Bar No. 621257
                                          Attorneys for Defendant
                                          QuikTrip Corporation

**Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.**
1700 Atlanta Plaza
950 East Paces Ferry Road
Atlanta, Georgia 30326

404-870-7375 (Rust)
404-870-7434 (Leet)
404 870-7374 fax
e-mail:  mrust@grsmb.com
            nleet@grsmb.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALAN E. ROBLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-CV-02050-MLB |
| | ) | |
| QUIKTRIP CORPORATION | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2018, copies of **DEFENDANT QUIKTRIP CORPORATION'S NOTICE OF FILING OF KARIM VELLANI'S AFFIDAVIT IN OPPOSITION TO PLAINTIFF'S MOTION IN LIMINIE/DAUBERT MOTION** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Parag Y. Shah
Elizabeth George
The Shah Law Firm
1355 Peachtree Street
Suite 1800
Atlanta, GA 30309

This 20th day of April, 2018.

                                            /s/ Nicole C. Leet
                                            Nicole C. Leet
                                            Georgia Bar No. 133044
                                            Attorney for Defendant QuikTrip
                                            Corporation