IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Alan E. Robles,

          Plaintiff,      Case No. 1:16-cv-02050

v.                              Michael L. Brown
                               United States District Judge

QuikTrip Corporation,

          Defendant.

_____/

## ORDER

The parties have announced that this case has settled. The jury trial set for July 23, 2018, is **CANCELLED**. The Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this case. The parties shall file a dismissal or other filing disposing of this case upon finalization of the settlement. If settlement negotiations fail, the parties shall promptly move to reopen the case.[1]

---

[1] Administrative closure is a docket-control device used by the Court for statistical purposes. The parties need only file a motion to reopen the case if settlement negotiations fail. Administrative closure will not prejudice the rights of the parties to this litigation in any manner.

**IT IS SO ORDERED**.

Dated: July 19, 2018
Atlanta, Georgia

_____
MICHAEL L. BROWN
UNITED STATES DISTRICT JUDGE