IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| ALAN E. ROBLES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:16-CV-02050-MLB |
| | ) | |
| QUIKTRIP CORPORATION | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, ALAN E. ROBLES, Plaintiff in the above-captioned matter, and dismiss this action with prejudice.

This 6th day of August, 2018.

Respectfully submitted,

_____
Parag Y. Shah
Georgia Bar No. 648177
Elizabeth A. George
Georgia Bar No. 290365
Attorneys for Plaintiff Alan E. Robles

**The Shah Law Firm**
1355 Peachtree Street
Suite 1800

Atlanta, GA 30309
404-844-4874
404 410-6933 fax
e-mail:    shah@shahlawfirm.com
             liz@shahlawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALAN E. ROBLES )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>QUIKTRIP CORPORATION )<br>)<br>)<br>)<br>Defendant. )<br>_____ ) | Case No. 1:16-CV-02050-MLB |

## CERTIFICATE OF SERVICE

I hereby certify that on _August 8_, 2018, copies of **Dismissal with Prejudice** were electronically served with the Clerk of Court using the CM/ECF system which will automatically send notification of such filing to the following attorneys of record:

Nicole C. Leet
Gray, Rust, St. Amand, Moffett & Brieske, L.L.P.
1700 Atlanta Plaza
950 East Paces Ferry Rd.
Atlanta, GA 30326

This _8th_ day of _August_, 2018.

_____
Parag Y. Shah
Georgia Bar No.
Attorney for Plaintiff Alan E. Robles